

# NUMBER 13-11-00350-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**GUADALUPE MARTIN HERNANDEZ,**                                   **Appellant,**

**v.**

**THELMA JACKSON,**                                                        **Appellee.**

### On appeal from the County Court at Law No. 2
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Benavides, and Perkes
### Memorandum Opinion Per Curiam

This matter is before the Court on the appellant's failure to file a brief or reasonably explain his failure to do so. On October 27, 2011, appellant was notified that the reporter's record was due on August 24, 2011, that appellant had failed to request the reporter's record, and that if the defect was not cured, the Court would consider and decide those issues or points that do not require a reporter's record for a decision.

Appellant failed to respond and on December 13, 2011, the Court notified appellant that the briefing schedule had begun.

Appellant has previously requested and received three extensions of time to file the brief. On June 13, 2012, this Court ordered the appellate brief to be filed on or before July 6, 2012. The order notified appellant that no further extensions would be granted and that if the brief was not filed, the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

Appellant has failed to file his brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* Tex. R. App. P. 38.8(a), 42.3(b)(c).

PER CURIAM

Delivered and filed the
26th day of July, 2012.

2